## STATE v. COLLINS

No. 257P98

Case below: 129 N.C.App. 648

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 July 1998.

## STATE v. DECASTRO

No. 221A93-2

Case below: Johnston County Superior Court

Defendant's petition for writ of certiorari is allowed 10 July 1998 for the limited purpose of remanding this case to the Superior Court, Johnston County, for reconsideration of defendant's motion for appropriate relief in light of this Court's opinion in *State v. Bates*, 348 N.C. 29, —— S.E.2d —— (3 April 1998) (No. 145A91-3).

## STATE v. GANNON

No. 227P98

Case below: 129 N.C.App. 428

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 29 July 1998.

## STATE v. INGRAM

No. 196P98

Case below: 129 N.C.App. 429

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 July 1998.

## STATE v. JONES

No. 497A93-2

Case below: Duplin County Superior Court

Motion by Attorney General to dismiss defendant's petition for writ of certiorari denied 20 July 1998.